COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Joseph Michael Nevedomsky v.  The State of Texas

Appellate case number:   01-12-00105-CR

Trial court case number: 1747280

Trial court:             County Criminal Court at Law No. 10 of Harris County

Date motion filed:       March 6, 2013

Party filing motion:     Joseph Michael Nevedomsky

It is ordered that the motion for reconsideration en banc is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Rebeca Huddle
☐ Acting Individually ☒  Acting for the Court

Panel consists of: Chief Justice Radack, Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle

Date: April 18, 2013